ORIGINAL

(SPACE BELOW FOR FILING STAMP ONLY)

LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION

21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
Telephone (818) 715-7000
Telecopier (818) 715-7025

State Bar No. 65936

Attorneys for Plaintiff
CONSECO FINANCE VENDOR SERVICES

FILED
JUN 1 2 2001

ENTERED
JUN 1 2 2001

LODGED
01 JUN -7 PM 3:33

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re | ) CASE NO: SV00-18300 AG |
| MICHAEL B. KAMIEL AND WENDY F. KAMIEL, | ) CHAPTER: 7 |
| Debtors. | ) ADV. NO. 00-1692 |
| CONSECO FINANCE VENDOR SERVICES CORPORATION, a Delaware corporation fka GREEN TREE VENDOR SERVICES CORPORATION, | ) **JUDGMENT FOR NON-DISCHARGABILITY OF DEBT** |
| Plaintiff, | ) **Status Conference** <br> ) Date: April 19, 2001 <br> ) Time: 1:30 p.m. |
| v. | ) Ctrm: 302 |
| MICHAEL B. KAMIEL, | ) |
| Defendant. | ) |

///
///
///
///
///
///
///

1

GLASS & GOLDBERG

3 394-293

1 | Having read the Stipulation for Entry of Judgment for Non-
2 | Dischargability of Debt, and good cause appearing therefor:
3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:
4 | 1.   That the debt of Defendant MICHAEL B. KAMIEL in the amount
5 | of $77,436.00, plus court costs of $150.00, is hereby determined to
6 | be nondischargable and Plaintiff CONSECO FINANCE VENDOR SERVICES
7 | CORPORATION, a Delaware corporation fka GREEN TREE VENDOR SERVICES
8 | CORPORATION shall have judgment against Defendant MICHAEL B. KAMIEL
9 | for the principal sum of $77,436.00, plus court costs of $150.00.
10 | There shall be a stay of execution on the Judgment for 180 days
11 | from the date of entry of Judgment.
12 |
13 | DATED: 6/12/01
         ARTHUR M. GREENWALD,
         U.S. BANKRUPTCY JUDGE

2

GLASS & GOLDBERG                                              3-394-293

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

    I am a resident of the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21700 Oxnard Street, Suite 430, Woodland Hills, California 91367-3665.

    On June 6, 2001, I served the foregoing document described as **JUDGMENT FOR NON-DISCHARGABILITY OF DEBT** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

    **SEE ATTACHED MAILING LIST**

XX   BY MAIL

 XX    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on June 6, 2001 at Woodland Hills, California.

 XX  (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_____
MARCELLA WAGNER

3

GLASS & GOLDBERG                                              3-394-293

**SERVICE LIST**

**Debtor:**

Michael B. Kamiel aka
Michael B. Kamiel, M.D., Inc.
4324 Louise Avenue
Encino, CA  91316-3916

Wendy F. Kamiel
4324 Louise Avenue
Encino, CA  91316-3916

**Attorney for Debtor:**

Byron Z. Modlo, Esq.
DRESSER REIN EVAN & SESTANOVICH
1925 Century Park East, 16th Floor
Los Angeles, CA  90067

Office of the United States Trustee
221 N. Figueroa Street, #800
Los Angeles, CA  90012

GLASS & GOLDBERG                                              3-394-293

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>MICHAEL B. KAMIEL AND WENDY F. KAMIEL<br>Debtor. | CHAPTER 7<br>CASE NUMBER: SV00-18300 AG |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   JUDGMENT FOR NON-DISCHARGEABILITY OF DEBT

   was entered on *(specify date)*: JUN 12 2001

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

   JUN 12 2001

Dated: JUN 12 2001

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

*Rev. 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

## SERVICE LIST

**Debtor:**

Michael B. Kamiel aka
Michael B. Kamiel, M.D., Inc.
4324 Louise Avenue
Encino, CA  91316-3916

Wendy F. Kamiel
4324 Louise Avenue
Encino, CA  91316-3916

**Attorney for Debtor:**

Byron Z. Modlo, Esq.
DRESSER REIN EVAN & SESTANOVICH
1925 Century Park East, 16th Floor
Los Angeles, CA  90067

Office of the United States Trustee
221 N. Figueroa Street, #800
Los Angeles, CA  90012

GLASS & GOLDBERG                                    3-394-293